# ARMIENTI, DeBELLIS & RHODEN, LLP
### ATTORNEYS AT LAW
39 BROADWAY, SUITE 520
NEW YORK, NEW YORK 10006-3034
(212) 809-7074
FAX NO. (212) 809-7713

MICHAEL ARMIENTI°
SILVANA DEBELLIS
HORACE O. RHODEN
VANESSA M. CORCHIA
JAMES J. DUNNING
THOMAS J. REAPE, JR.

LONG ISLAND OFFICE:
170 OLD COUNTRY ROAD, SUITE 607
MINEOLA, NY 11501-4313
(516) 877-1202
FAX NO. (516) 877-8099

NEW JERSEY OFFICE:
375 CEDAR LANE
TEANECK, NJ 07666-3432
(201) 222-8588

SUSAN D. SMODISH°
SHANTAE A. JOHNSON▫
CHRISTOPHER M. GRIMALDI
JOSEPH M. SANTIAGO▫
KATRINA M. OZOLS▫
CHRISTOPHER J. LANIGAN
MERLE SCHRAGER

◇ NY & FL BARS
° NY & MA BARS
▫ NY & NJ BARS

EMAIL: INFO@ADRLLP.COM

PLEASE RESPOND TO LONG ISLAND OFFICE

August 23, 2021

Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: McCormack v. National Railroad Passenger
> Corporation, et. al.
> Docket No.: 21-CV-5597 (JMF)

Dear Judge Furman:

We represent defendant, National Railroad Passenger Corporation and Moynihan Station Development Corporation referable to the above-captioned action.

Counsel for the parties, jointly, hereby request a two-week adjournment of the Initial Pre-Trial Conference presently scheduled for September 2, 2021. We are in the process of determining the precise location of the alleged occurrence in order to determine whether National Railroad Passenger is a proper party to this action and, thus, whether this case belongs in this Court or in State Court. There have been no prior requests for an adjournment of this conference.

Thank you for your kind attention to this matter.

Very truly yours,

/s/

By: Michael Armienti (MA-9401)

cc: Katherine McGrath, Esq. (Kazmierczuk & McGrath)

---

Application GRANTED. The conference scheduled for September 2, 2021, is hereby ADJOURNED to September 15, 2021, at 9:30 a.m. The Clerk of Court is directed to close ECF No. 9. SO ORDERED.

August 24, 2021